IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40340
Conference Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

BILLY JUNE STIFF,

                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 94-CR-15-1
- - - - - - - - - - -
(October 18, 1995)

Before POLITZ, Chief Judge, and REAVLEY and SMITH, Circuit Judges.

BY THE COURT:

     Court-appointed counsel for Billy June Stiff has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
We have independently reviewed counsel's brief, the points raised
by Stiff in response to that brief, and the record, and found no
nonfrivolous issue.  Accordingly, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.